IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date: July 14, 2015
Court Reporter: Tammy Hoffschildt          Interpreter: Alberto Hernandez-Lemus
Probation: Gary Kruck                      Time: thirty-three minutes

_____

Criminal Action No.  15-cr-00005-WJM          *Counsel:*

UNITED STATES OF AMERICA,                     Beth Gibson

     Plaintiff,

v.

SANTOS MALDONADO-OCHOA,                        Matthew Belcher

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

02:30 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Ms. Gibson

Sentencing Statement by Mr. Belcher

1

The Court addresses the Defendant's Motion for Downward Departure Pursuant To U.S.S.G. § 2L1.2, Application Note 8 [27].

Discussion/Argument

**ORDERED:   The Defendant's Motion for Downward Departure Pursuant To U.S.S.G. § 2L1.2, Application Note 8 [27] is GRANTED.**

Defendant's Allocution

Defendant plead guilty to Count One of the Indictment on April 1, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Santos Maldonado-Ochoa, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day.**

**No period of supervised release shall be imposed. The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

02:53 p.m.   Court in Recess
             Hearing concluded